**Defendant's Exhibit A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

UNITED STATES OF AMERICA             AFFIDAVIT

v.

DIJON HARRIS                                    Docket No. 14-CR-177

                Defendant.
-------------------------------------------------------------------

STATE OF NEW YORK:   )
COUNTY OF ERIE:        )
CITY OF BUFFALO:       )

      DIJON HARRIS, being duly sworn, disposes and says:

1. I am the Defendant in the above captioned action.

2. A search was executed at the address of 335 Hewitt Avenue, Buffalo, New York on September 5, 2014. I have spoken with my attorney, Michael M. Blotnik with regard to the issue contained therein.

3. At the time of the execution of the search warrant I lived at 335 Hewitt Avenue, Buffalo, New York and resided there for more than a year. As a result, according to my attorney, I have standing within which to request that the evidence seized therein be suppressed because I had reasonable expectations of privacy in the interior of the property.

4. On September 5, 2014 in the afternoon hours, police officers barged into my home. I was cuffed and placed into the prone position in a bedroom on the first floor. At some point, I was questioned about various items which officers advised me had been seized from the premises. The questions and my response to their questions took place after I was handcuffed. I was aware that I was in custody and was not free to leave or to move around in any way.

5. I have no recollection at all that any *Miranda* warnings were ever read to me prior to being interrogated. As a consequence, I am asking this Court to accept this affidavit and to order a hearing to determine the admissibility of any statements which are attributed to me.

**STEINER & BLOTNIK**
ATTORNEYS AND COUNSELORS AT LAW • 300 DELAWARE AVENUE • BUFFALO, NEW YORK 14202-1872 • (716) 847-8500

WHEREFORE, your deponent prays that this Court rule accordingly.

*Dijon Harris*
DIJON HARRIS

Sworn before me this
24th Day of January 2015

*[signature]*
NOTARY PUBLIC

MICHAEL M. BLOTNIK
NOTARY PUBLIC, State of New York
Qualified In Erie County
My Commission Expires September 30, 2017
Reg. No. 02BL4608173