UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                           14-CR-177-RJA-JJM

        v.                                                    NOTICE OF MOTION

DIJON HARRIS,

        Defendant.

_____

| | |
|---|---|
| **MOTION BY:** | John Humann, Senior Litigator, Attorney for Defendant, Dijon Harris. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Senior Litigator John Humann, dated June 12, 2015. |
| **RELIEF REQUESTED:** | Further discovery. |
| **DATED:** | Buffalo, New York, June 12, 2015. |

                                      **/s/ John Humann**
                                      John Humann
                                      Senior Litigator
                                      Federal Public Defender's Office
                                      300 Pearl Street, Suite 200
                                      Buffalo, New York  14202
                                      (716) 551-3341; FAX: (716)551-3346
                                      john_humann@fd.org

**TO:**    Wei Xiang
           Assistant United States Attorney

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

DIJON HARRIS,

          Defendant.

_____

**14-CR-177-RJA-JJM**

**AFFIRMATION**

      **JOHN HUMANN,** affirms under penalty of perjury that:

1.    I represent Dijon Harris.

2.    The government provided a redacted copy of the informant's testimony to Judge Drury. We understand the government's desire to keep secret the informant's identity. However, we feel the following should be turned over to the defense.

3.    The informant identifies the defendant by his street name. We should be informed of that, so we know whether the informant is accurate. I'm sure the informant is one of 100 people that knows the defendant by his street name.

4.    We should be informed as to how much heroin the informant bought and what was the dollar amount.

AO 72A
(Rev. 8/82)

5. On page 5, there is a question of where the informant learned that the defendant sells heroin and the answers are blocked out. I think we are entitled to that.

6. There are several lines blocked out on pages 6 and 7. Unless that goes to the informant's identity, we think that should be turned over.

7. On page 18, the informant identifies who lives at 335 Hewitt. We should be entitled to that and his other information about who lives there.

**DATED:** Buffalo, New York, June 12, 2015.

Respectfully submitted,

**/s/ John Humann**
John Humann
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York   14202
(716) 551-3341; FAX: (716)551-3346
john_humann@fd.org
Attorney for Defendant:  Dijon Harris

TO: Wei Xiang
    Assistant United States Attorney